FELT, Appellant, v. KIRKPATRICK, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1898.) Action by Walter A. Felt against John Kirkpatrick, individually, etc. J. Flynn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re FERRIGAN. (Supreme Court, Appellate Division, First Department. December 23, 1898.) In the matter of Rose Ferrigan, deceased. No opinion. Motion denied.

FIRST PRESBYTERIAN CHURCH IN VILLAGE OF WATERFORD, Respondent, v. McKALLAR et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by the First Presbyterian Church in the Village of Waterford against Edgar C. McKallar and others, executors, etc. No opinion. Motion to make order more definite denied. The costs are payable out of the estate. See 54 N. Y. Supp. 740.

FISCHER, Respondent, v. KLINGMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1898.) Action by Henry C. Fischer against Frederick Klingman.

PER CURIAM. Application for leave to appeal to the court of appeals denied on the ground that by section 190 of the Code of Civil Procedure appeals can be taken to that court only from determinations made by the appellate division of the supreme court. The judgment sought to be reviewed in this case was made by the justice of the supreme court, and not by the appellate division. The motion for reargument cannot be entertained by this branch of the court, but must be addressed to the justice who made the original determination.

FLAHERTY, Respondent, v. CONTINENTAL INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Charles Flaherty against the Continental Insurance Company. No opinion. Judgment affirmed, with costs. See 46 N. Y. Supp. 934.

FLEISCHNER v. PEEPLES. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Anna Fleischner against James E. Peeples. No opinion. Motion granted, with $10 costs.

GIBBS, Plaintiff, v. ERIE COUNTY MORTG. & INV. CO., Appellant (BUFFALO SEWER-PIPE CO., Respondent, et al.). (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Clinton B. Gibbs, as general assignee for the benefit of creditors, etc., of Thomas McKeown and Augustus H. Stowell, individually and as copartners, against the Erie County Mortgage & Investment Company, impleaded with the Buffalo Sewer-Pipe Company, and others. No opinion. Judgment affirmed, with costs.

GILMORE, Appellant, v. FULLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Alida Gilmore against George Fuller. No opinion. Judgment of the county court reversing the judgment of the justice's court affirmed, with costs.

GLOR et al., Appellants, v. McLENNAN FRENCH PAINT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Edward P. Glor and others against the McLennan French Paint Company. No opinion. Order reversed, with $10 costs, and motion granted, with $10 costs. See Jacob v. Watkins, 10 App. Div. 475, 42 N. Y. Supp. 6.

GOLDSMITH, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Carl Max Goldsmith, an infant, against the Metropolitan Street Railway Company. J. B. Ker, for appellant. C. F. Brown, for respondent. No opinion. Judgment modified by striking out extra allowance, and, as modified, affirmed, with costs.

GREEN et al., Respondents, v. ECKER, Appellant. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by George J. Green and others, as administrators, against Rose Ecker, as administratrix. No opinion. Judgment and orders affirmed, with costs.

GRIEBEL, Respondent, v. ROCHESTER PRINTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Ferdinand Griebel against the Rochester Printing Company. No opinion. Judgment and order affirmed, with costs. See 48 N. Y. Supp. 505.

GUENAT, Appellant, v. MANDEL, Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Augustin Guenat against Solomon M. Mandel. W. L. Mathot, for appellant. A. S. Seligsberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HABER, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by Charles Haber against Bernard J. York and others. David May, for appellant. Terence Farley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on authority of People v. Roosevelt, 24 App. Div. 17, 48 N. Y. Supp. 1043.

HAND, Appellant, v. GAS ENGINE & POWER CO., Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by George B. Hand against the Gas Engine & Power Company. C. De H. Brower, for appellant. E. P. Johnson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.